AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.                    DATE FILED | |
| PLAINTIFF | DEFENDANT |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action,
   mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s),
   mail copy to Register of Copyrights
3) Upon termination of action,
   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court          5) Case File Copy

**ISP:** Verizon FiOS
**Physical Location:** Bryn Mawr, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/14/2013 11:50:23 | 08E224D7F9730E262326704E1605A8DF2F6003C5 | Hayden Pink and Tight |
| 04/14/2013 11:08:55 | A28D0E2055C58F6D082BC019A11BB024E25FE2E0 | Sunday Afternoon |
| 04/01/2013 11:14:18 | 4DCC21021FF8C35528E223CAAC76918C04BE9FF0 | Tiffany Teenagers In Love |
| 01/03/2013 12:40:48 | D181FB9F35207A7FA465C6996A5AB7949C5AFD93 | Girls Night Out |
| 12/15/2012 20:11:05 | 214A68C22748D022BD42BDB69425BFCD5E39CEFE | The Art of Anal Sex |
| 12/12/2012 13:00:43 | FBB470438E445351376886CFA75A78F429213AEB | Red Hot Summer |
| 12/07/2012 14:04:40 | D37AF0BCB7FC3800A4F158C0B8D8202A7E72875B | Constance Aaron X-Art on TV |
| 11/12/2012 15:09:39 | E3DDD99F8F4618547AD2E5C42E96B24153EACF11 | Anneli Dream Girl |
| 11/12/2012 14:39:24 | 2B357AE556FA53AA689999F438FA241C631AD00A | The Dorm |
| 11/12/2012 14:23:33 | BEBDFFF78F2C1E9CCF7BF694402B88FA6F6134EF | Inspiration |

**Total Statutory Claims Against Defendant: 10**

EXHIBIT A

EPA141

**Copyrights-In-Suit for IP Address 108.36.231.103**

**ISP:** Verizon FiOS
**Location:** Bryn Mawr, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Anneli Dream Girl | PA0001769489 | 12/19/2011 | 01/04/2012 | 11/12/2012 |
| Constance Aaron X-Art on TV | PA0001771707 | 12/02/2011 | 01/17/2012 | 12/07/2012 |
| Girls Night Out | PA0001762409 | 11/14/2011 | 11/23/2011 | 01/03/2013 |
| Hayden Pink and Tight | PA0001776805 | 04/04/2011 | 02/21/2012 | 04/14/2013 |
| Inspiration | PA0001801714 | 08/10/2012 | 08/14/2012 | 11/12/2012 |
| Red Hot Summer | PA0001780469 | 09/23/2011 | 03/10/2012 | 12/12/2012 |
| Sunday Afternoon | PA0001800353 | 07/06/2012 | 07/11/2012 | 04/14/2013 |
| The Art of Anal Sex | PA0001776834 | 04/25/2011 | 02/21/2012 | 12/15/2012 |
| The Dorm | PA0001780468 | 09/28/2011 | 03/10/2012 | 11/12/2012 |
| Tiffany Teenagers In Love | PA0001762019 | 12/29/2010 | 11/20/2011 | 04/01/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  10**

EXHIBIT B

EPA141

**Expanded Surveillance of IP Address 108.36.231.103**

**ISP:** Verizon FiOS
**Location:** Bryn Mawr, PA

| Hit Date  UTC | Filename |
|---|---|
| 04/30/2013 | Booty.Call_HD720p.mp4 |
| 04/30/2013 | Racked.And.Stacked.10.PinkVisual.DvDRip.x264.2013_iyutero.com.mp4 |
| 04/30/2013 | Her Sweet Hand 35gb |
| 04/30/2013 | ATK Galleria Petites - Megan Salinas meg038 - 3 - 543 pics in 4 sets |
| 04/30/2013 | [ www.Speed.Cd ] - Abducted.The.Carlina.White.Story.2012.DVDRip.XviD-AQOS |
| 04/30/2013 | Pink Visual - Wife Switch 18 |
| 04/30/2013 | new_full |
| 04/30/2013 | Ready.To.Fuck.2013.XXX.DvDrip.X264.RRG.DADA.DBBIANS.Com.mp4 |
| 04/30/2013 | naflilyjohnny_qt.mp4 |
| 04/30/2013 | Pink Visual - VoluptuButts 5 |
| 04/30/2013 | Lily.LaBeau.Shades.of.Kink.Scene.1.SweetSinner.2013.FullHD_iyutero.com.mp4 |
| 04/30/2013 | prnfle1067x.mp4 |
| 04/30/2013 | StunningButts.12.01.17.Alanna.Anderson.A.New.Ass.For.You.XXX.720p.x264-SEXORS[rarbg] |
| 04/30/2013 | harmonyvision - Karina White 720p.mp4 |
| 04/30/2013 | Barn |
| 04/28/2013 | OnlyTeenBlowjobs.13.01.02.Roxanne.Rae.XXX.1080p.x264-SEXORS[rbg] |
| 04/26/2013 | Sparkle(2012) DVRip NL DivX NLtoppers |
| 04/26/2013 | Pink Visual Pass - Kiara Marie HD 720p |
| 04/26/2013 | Jessica Robbins - Natural And Perfect |
| 04/26/2013 | Karina White - Naughty Needs (2013).mp4 |
| 04/26/2013 | Brandy_5.mp4 |
| 04/26/2013 | Twistys.com.13.03.24.Karina.White.I.Have.Got.The.Sweetest.Feeling.XXX.IMAGESET-PAYiSO |

EXHIBIT C

EPA141

| Hit Date UTC | Filename |
|---|---|
| 04/26/2013 | [Solo]Hayden Winters - Twistys_2.wmv |
| 04/25/2013 | Adele - 21.rar |
| 04/24/2013 | btra11063_800.mp4 |
| 04/24/2013 | [Solo]Hayden Winters - FTVGirls_3.wmv |
| 04/23/2013 | prnfle1060x.mp4 |
| 04/23/2013 | [Solo]Hayden Winters - SuzeRandall_2.wmv |
| 04/23/2013 | BikiniRiot.com_13.03.18.Karina.White.Peach.Peekaboo.Bikini.XXX.iMAGESET-P4L[rarbg] |
| 04/23/2013 | [Lesbo]Hayden Winters - Twistys_1.mp4 |
| 04/23/2013 | Winter of the World by Ken Follett (Century Trilogy Book 2) |
| 04/23/2013 | Her Sweet Hand - Sam Butt Lotta Butt HD 720p |
| 04/22/2013 | prnfle1161x.mp4 |
| 04/22/2013 | btra11063_3000.mp4 |
| 04/22/2013 | Buttmans.Stretch.Class.13.XviD-PORNOLATiON[rbg] |
| 04/22/2013 | [Solo]Hayden Winters - FTVGirls_2.avi |
| 04/21/2013 | BackRoomFacials  Jessica Robbins mp4 |
| 04/21/2013 | [Solo]Hayden Winters - Magic Wand(Nubiles).wmv |
| 04/20/2013 | I Love Small Tits 5 (2013) XXX DVDRip |
| 04/20/2013 | [Solo]Hayden Winters - FemJoy_2.avi |
| 04/20/2013 | [Lesbo]Hayden Winters - Naughty By Nature(RealityKings).mp4 |
| 04/20/2013 | [www.Cpasbien.me] Guys.with.Kids.S01E15.FASTSUB.VOSTFR.HDTV.XviD-MiND |
| 04/20/2013 | My Teenage Blog |
| 04/20/2013 | custom crypter |
| 04/20/2013 | Paul for Everyone_ 1 Corinthians |
| 04/20/2013 | [Solo]Hayden Winters - ATKPetites_2.mp4 |
| 04/20/2013 | Registry Winner 6.6.2.3 |
| 04/20/2013 | Only Teen Blowjob - Jessica Robbins |

EXHIBIT C



| Hit Date  UTC | Filename |
|---|---|
| 04/19/2013 | [Solo]Hayden Winters - InTheCrack_2.wmv |
| 04/19/2013 | X-Art - Hayden H , Bree (Sunday Afternoon) |
| 04/19/2013 | Hot In Cleveland S03E23 What's Behind the Door HDTV x264-ASAP[ettv] |
| 04/19/2013 | [Solo]Hayden Winters - RonHarris_1.wmv |
| 04/19/2013 | [Solo]Hayden Winters - Pink and Tight(X-Art).wmv |
| 04/18/2013 | [Solo]Hayden Winters - EarlMiller.wmv |
| 04/18/2013 | [Solo]Hayden Winters - ATKPetites_1.wmv |
| 04/18/2013 | [Solo]Hayden Winters - DigitalDesire.mp4 |
| 04/18/2013 | WowGirls - On The Top Of Pleasure - Riley Reid, Hayden Winters [720p].mp4 |
| 04/18/2013 | [Solo]Hayden Winters - Pussy Chat(Nubiles).avi |
| 04/17/2013 | Who's Your Daddy Bree Olson.avi |
| 04/17/2013 | [Solo]Hayden Winters - FTVGirls_1.wmv |
| 04/17/2013 | prnfle1247x.avi |
| 04/17/2013 | OnlyTeenBlowjobs Aria Salazar 720p.mkv |
| 04/17/2013 | [Solo]Hayden Winters - RonHarris_2.avi |
| 04/17/2013 | [ www.Torrenting.com ] - White.Irish.Drinkers.2010.LiMiTED.DVDRip.XviD-LPD |
| 04/17/2013 | [Oral]Hayden Winters - AmateurAllure.avi |
| 04/17/2013 | Perfect Natural Tits  Hayden Winters |
| 04/16/2013 | c9650_854x480.mp4 |
| 04/16/2013 | Can He Score - Bree Olson HD 720p |
| 04/16/2013 | prnfle1390x.avi |
| 04/13/2013 | Beatrice.P.A.Gift.From.B.HerSweetHand.2013.HD_iyutero.com.mp4 |
| 04/12/2013 | Her-Sweet-Hand.13.04.03.Vanity.Farewell.To.Vanity.XXX.MP4-OHRLY[rarbg] |
| 04/12/2013 | Her-Sweet-Hand.13.03.13.Scarlett.Rose.Day.Into.Night.XXX.720p.MP4-OHRLY[rarbg] |
| 04/12/2013 | Her-Sweet-Hand.13.01.02.Charlie.Never.Forget.XXX.720p.MP4-OHRLY[rbg] |
| 04/12/2013 | ohrly-hsh213cutlc.mp4 |

EXHIBIT C

| Date UTC | Filename |
|---|---|
| 04/12/2013 | Her-Sweet-Hand.13.03.06.Emmy.S.Shes.A.Porn.Star.Now.XXX.MP4-OHRLY[rarbg] |
| 04/11/2013 | Her Sweet Hand - Mary Ann On The Spot |
| 04/09/2013 | ohrly-hsh320mktmsib.mp4 |
| 04/09/2013 | her-sweet-hand Sandy K.mp4 |
| 04/09/2013 | Her-Sweet-Hand.13.03.20.Mystery.K.Trust.Me.She.Is.Beautiful.XXX.MP4-OHRLY[rarbg] |
| 04/09/2013 | Her-Sweet-Hand Bella A Quicky From Little.mov |
| 04/08/2013 | Her Sweet Hand - Alex Brown Ying And Yang |
| 04/08/2013 | Her Sweet Hand - Augis HD 720p |
| 04/08/2013 | Alice.March.Wonderland.Babes.2013.FullHD_iyutero.com.mp4 |
| 04/08/2013 | Angelica.Saige.Throne.Babes.2013.HD_iyutero.com.mp4 |
| 04/08/2013 | Her.Sweet.Hand.Beatrice.P.A.Gift.From.B.XXX.pornalized.com.avi |
| 04/05/2013 | babes_bg_jodi_taylor02_720p_4000.mp4 |
| 04/05/2013 | Sharon.Lee.Jade.Persuasion.Babes.2013.FullHD_iyutero.com.mp4 |
| 04/05/2013 | Babes  Majestic Elegance  Tiffany Thompson |
| 04/05/2013 | Babes.com.13.03.14.Raven.Rockette.Wall.To.Wall.XXX.IMAGESET-GAGBALL |
| 04/05/2013 | prnfle1631x.mp4 |
| 04/05/2013 | babes_BG_conny_denson_480p_1500.mp4 |
| 04/05/2013 | Babes.com_13.03.26.Logan.Drae.Turn.Me.On.XXX.IMAGESET-GAGBALL[rarbg] |
| 04/05/2013 | babes_bg_lexi_belle02_480p_1500-chkm8te.mp4 |
| 04/05/2013 | babes_bg_teal_conrad03_480p_1500.mp4 |
| 04/05/2013 | Aria.Salazar.Home.Alone.Babes.2013.HD_iyutero.com.mp4 |
| 04/05/2013 | prnfle1436x.mp4 |
| 04/05/2013 | X-Art.-.Teenagers.In.Love.-.Tiffany.Thompson |
| 04/05/2013 | Babes.com.13.03.12.Michele.Monroe.With.The.Flow.XXX.IMAGESET-FuGLi |
| 04/05/2013 | babes_bg_alice_march_480p_1500.mp4 |
| 04/04/2013 | Django.Unchained.DVDRip.XviD-SPARKS |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 04/04/2013 | babes_bg_veronica_rodriguez_720p_4000.mp4 |
| 04/02/2013 | RebarCAD V9.09.iso |
| 04/02/2013 | Bullet to the Head (2012).BdRip.XviD-INA |
| 04/02/2013 | prnfle629x.mov |
| 03/31/2013 | prnfle1982x.wmv |
| 03/31/2013 | prnfle2028x.wmv |
| 03/31/2013 | babes_ivana_sugar_480p_1500.mp4 |
| 03/31/2013 | prnfle2000x.mp4 |
| 03/31/2013 | prnfle1954x.mp4 |
| 03/31/2013 | AllOver30.13.01.18.Trisha.XXX.720p.WMV-YAPG[rarbg] |
| 03/31/2013 | Mama (2013).DVDRip.XviD.PlayHD.rar |
| 03/31/2013 | Bree Olsen - Lexington Loves Bree Olsen's Tits.mp4 |
| 03/31/2013 | prnfle2013x.mp4 |
| 03/30/2013 | babes_bg_kendall_karson02_480p_1500.mp4 |
| 03/30/2013 | Planet.SheenS01E25.He.Went.HatawayTongueTied.HDTV.XViD-DOT |
| 03/30/2013 | Throated |
| 03/29/2013 | ktr.gdp.e170.18.years.old.wmv |
| 03/07/2013 | WatchMyGF.PART.1.SITERIP.XXX.WMV-PRONCLIPS |
| 02/25/2013 | Skinny_Puppy_Homemade_Newchick.rar |
| 02/25/2013 | 7866.flv |
| 02/08/2013 | Hannah |
| 01/30/2013 | x-art_caprice_gabriella_come_to_me_1080= |
| 01/29/2013 | x-art_elle_red_hot_summer_1080= |
| 01/23/2013 | Things Change 1 DVDRip XviD (Nikki Dial Diedre Holland).avi |
| 01/20/2013 | Amature sex.wmv |
| 01/19/2013 | Win8_Pro_x86_EN-US_ISO_{ayubkhan} |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 01/16/2013 | prnfle400x.mp4 |
| 01/16/2013 | Teen Homemade Video Clip  -  [OMERTA] |
| 01/16/2013 | Very Sexy Amateur Blonde Like Homemade Sex.avi |
| 01/16/2013 | GermanBathroom |
| 01/16/2013 | Bu5ty amat3ur bl0nd3 gives amazing b10w.j0b and s.3x in a camping tent.avi |
| 01/16/2013 | Private Amateur Hard Cock Solo Massive Cumshot Orgasm 11 Shots!!.avi |
| 01/11/2013 | Morena_Baccarin-Homeland.S02E09.720p.HDTV.x264-IMMERSE.avi |
| 01/11/2013 | Emily Browning - Pussy - Boobs - Upskirt - Cameltoe - Nude - Set a 32 Pics |
| 01/10/2013 | The zombie diaries DVDRip xvid 2006.avi |
| 01/09/2013 | The Three Musketeers 2011 XviD BRRip[Eng]-greenbud1969(HD-Release) |
| 01/09/2013 | AD Stream Recorder 4.3.5 Full  + Serial |
| 01/03/2013 | x-art_emma_private_tutor_1080= |
| 01/02/2013 | x-art_gabriella_anneli_veronika_girls_night_out_1080 |
| 01/01/2013 | x-art_katka_mikah_tenderness_1080 |
| 12/19/2012 | x-art_emma_private_tutor_1080 |
| 12/18/2012 | Brachnoe.chtivo.(03.04.2011).SATRip.by.bvsbns.avi |
| 12/18/2012 | Cock_Suckin_Cum_Junkies_DVDRip_XviD-Pr0nStarS |
| 12/17/2012 | Amateur High school teen Teena |
| 12/17/2012 | x-art_carmen_late_night_1080 |
| 12/17/2012 | Roccos.Young.Anal.Lovers.XXX.1080p.WEBRip.MP4-iaK |
| 12/15/2012 | x-art_marie_the_art_of_anal_sex_1080= |
| 12/14/2012 | True.Blood.S05E06.480p.HDTV.x264-mSD |
| 12/14/2012 | Vivian.Schmitt-Die.Prufung.GERMAN.XXX |
| 12/14/2012 | x-art_tiffany_mutual_orgasm_1080 |
| 12/13/2012 | Yes I'm Ready For Anal - Little Caprice [720p].wmv |
| 12/12/2012 | x-art.-.constance_aaron_x-art_on_tv_540.mov |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 12/12/2012 | x-art_elle_red_hot_summer_1080 |
| 12/10/2012 | Louie S03E11 HDTV x264-HD4U |
| 12/09/2012 | TheDickSuckers_-_Kacey_Villianess_HD_1080p |
| 12/05/2012 | prnfle90x.avi |
| 12/04/2012 | Cum.Glazed.3.2012.XXX.DVDRip.XviD-STARLETS |
| 12/04/2012 | Conan.S02E166.HDTV.HD-LOL[eztv] |
| 12/04/2012 | [ www.Speed.Cd ] - The.Secret.Life.of.the.American.Teenager.S04E15.720p.HDTV.x264-IMMERSE |
| 12/03/2012 | Nitro Circus the Movie 3D 2012 DVDRip XviD-TINY |
| 12/03/2012 | Silent Hill Revelation 3D 2012 BRRip XviD-Apa |
| 11/27/2012 | Istorija.delfina.2011.BDRip.1080p.Uniongang.mkv |
| 11/27/2012 | x-art_marie_the_art_of_anal_sex_1080 |
| 11/27/2012 | tf_jenna_rose.mp4 |
| 11/23/2012 | art_maryjane_presley.wmv |
| 11/21/2012 | x-art_susie_inspiration_720.wmv |
| 11/20/2012 | Days Like This |
| 11/20/2012 | x-art_constance_aaron_x-art_on_tv_540.mov |
| 11/20/2012 | x-art_anneli_dream_girl_720.wmv |
| 11/20/2012 | X-Art.com - Grace - Pure Grace [HD 720p] |
| 11/20/2012 | Angel-LittleLoverH.mov |
| 11/20/2012 | xxx74.wmv |
| 11/20/2012 | Kristen-HappyCouples.mov |
| 11/20/2012 | x-art_gianna_ibiza_love_720.mp4 |
| 11/20/2012 | x-art - Caprice - Backdoor Lover |
| 11/20/2012 | [X-Art] The Dorm - Veronica [1080p].mov |
| 11/20/2012 | [jumpcn][Gintama][254][1280x720].mkv |
| 11/20/2012 | x-art_carmen_leila_christmas_vacation_1080.mov |

EXHIBIT C

EPA141

| Hit Date  UTC | Filename |
|---|---|
| 11/20/2012 | Ivy - Lovers Quarrel - SD-chkm8te.wmv |
| 11/20/2012 | [X-Art] 2010-10-20 Tori - Endless Orgasm [00'06'55] [WMV] [1280px] |
| 11/20/2012 | X-Art_-__Ivy_Wet_Dream_HD_1080p |
| 11/20/2012 | CS POPA |
| 11/20/2012 | x-art_avril_keira_come_to_my_window_1080.mov |
| 11/20/2012 | Kacey Villainess Jack Napier  Jason Brown  Nathan Threat  Wesley Pipes.mp4 |
| 11/20/2012 | X-Art - Pretty Back Door Baby - Linsay [720p].wmv |
| 11/20/2012 | Caprice.Backdoor.Lover.X-art.09.19.2011.HD.720p.wmv |
| 11/19/2012 | Project.X.2012.DVDRip.XviD-AMIABLE.rar |
| 11/19/2012 | RealityGang-JodiAshleyandCaprice-PlayWellWithOthers-120811.wmv |
| 11/18/2012 | Cute girl just sucks many cocks and swallows their cum.wmv |
| 11/18/2012 | Bianca.HD.mp4 |
| 11/18/2012 | Jab Tak Hai Jaan  2012 TS Xvid UnKnOwN TNNT |
| 11/17/2012 | oktoberfest.mp4 |
| 11/17/2012 | Paige Turnah_Black Cock Cum Slut.wmv |
| 11/17/2012 | hctennis.wmv |
| 11/17/2012 | Maroon 5- Payphone3pm..exe |
| 11/16/2012 | 닥치고 패밀리.E034.121002.HDTV.H264.350p-CoBra.avi |
| 11/15/2012 | prnfle355x.avi |
| 11/15/2012 | Detachment 2012(NL ENG subs)(1337X) TBS B-SAM |
| 11/15/2012 | Madelyn Monroe -Amature HD 1080p |
| 11/15/2012 | Amateurs_Sets_C159 |
| 11/15/2012 | x-art_eufrat_silvie_stip_poker_1080.mov |
| 11/15/2012 | X-Art_Anneli_IvyThe.Masseuse |
| 11/15/2012 | [AmatureAllure] 2012-08-17 Samantha Rone [00 19 19] [WMV] [1920x1080].wmv |
| 11/14/2012 | life of Pi movie leaked intro.rar |

EXHIBIT C

EPA141

| Hit Date UTC | Filename |
|---|---|
| 11/14/2012 | nn girls collection |
| 11/14/2012 | Hot Stickam Slut Masturbating On Bed.avi |
| 11/14/2012 | The Best Exotic Marigold Hotel.DVD.R5.Rip.Xvid.Line-AT |
| 11/13/2012 | Step Up Revolution English (DVD) x264 - ART3MiS |
| 11/13/2012 | Mission Impossible  Ghost Protocol 2011 BRRip AC3 XViD-RemixHD |
| 11/13/2012 | bitreactor.to_Submarine |
| 11/13/2012 | Medium.S03E21.PROPER.HDTV.XViD-Caph |
| 11/12/2012 | v100852 - Amirah Adara and Ann Marie La Sante.wmv |
| 11/11/2012 | Conan the Barbarian_ BDRip-AVC-2011 |
| 11/11/2012 | TuneUp Utilities 2012 12.0.3010.5 Final |
| 11/11/2012 | [ www.Speed.Cd ] - The.Colbert.Report.2012.08.07.720p.HDTV.x264-EVOLVE |
| 11/11/2012 | Czechstreets - Cumshot Compilation.mp4 |
| 11/11/2012 | Philip Roth_When She Was Good_Tanya Eby |
| 11/11/2012 | The Hunger Games (2012) Punjabi 1CD 700MB DVDRip x264 AAC ESubs TeamTNT |
| 11/11/2012 | Overdose - Seculo XX - 86 |
| 11/11/2012 | Czech Homemade Incest |
| 11/11/2012 | SashaVon.12.07.28.Green.Dildo.XXX.720p.WMV-PR0N0Z[rbg] |
| 11/11/2012 | Call Of Duty Modern Warfare 3 XGD3 0800 REGION FREE-P2P |
| 11/10/2012 | Very Young Amateur.-.Pr.ese.nt.-.Amazing Mouth CumShot.avi |
| 11/10/2012 | Amateur Petite.-.Teen.-.R.eceive One Amazing CumShot.avi |
| 11/10/2012 | Amateur.-.GF Nice BlowJob and CumShot.avi |
| 11/10/2012 | The Descendants 2012 DVDRip |
| 11/10/2012 | Amateur Hot.-.Milf Mouth CumShot.avi |
| 11/09/2012 | Amateur_Teens_Filming_Their_Hardcore_Moments.wmv |
| 11/09/2012 | Anal.Hunters.2010.XXX.DVDRip.XviD-JBM - [ www.TorrentDay.com ] |
| 11/09/2012 | Emergence of scaling in random networks.pdf |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 11/09/2012 | Military Effectiveness[3Vols] |
| 11/08/2012 | gagging on spooge.mpeg |
| 11/08/2012 | Huge Cock Massive Load 69.mpg |
| 11/08/2012 | amateur webcam |
| 11/08/2012 | GANGBANGGARL_14 |
| 11/08/2012 | 7351_by_waikeung |
| 11/08/2012 | MaxHardcore Collection |
| 11/08/2012 | VanessaChase_BackdoorToButtsville |
| 11/02/2012 | fd |
| 11/02/2012 | Bones S07E10 HDTV XviD-ASAP |
| 10/31/2012 | Akon video songs |
| 10/31/2012 | c3670_640x480.wmv |
| 10/28/2012 | La Confr?rie des Loups.avi |
| 10/26/2012 | bitreactor.to_Ziemlich.beste.Freunde |
| 10/26/2012 | Party.Hardcore.70.REPACK.Eromaxx.DvdRip.2012_iyutero.com.avi |
| 10/26/2012 | DPFanatics.-.Double.Milkshake.Amirah.Adara |
| 10/26/2012 | Kissy Kapri - [NaughtyBookWorms] March 21, 2007.wmv |
| 10/26/2012 | Beasts of the Southern Wild Spanish DVDRip.XViD sC0rp |
| 10/26/2012 | v200068-499.mp4 |
| 10/25/2012 | Julmusik-Simone-On a night like this |
| 10/25/2012 | pee squad 2004 -2- |
| 10/25/2012 | Big_Wet_Asses_21_-<br>_Jessie_Rogers_Charley_Chase_Remy_LaCroix_Brooklyn_Lee_Holly_Michaels_Split_Scenes |
| 10/25/2012 | 21 Jump Street (2012) DVDRip 500MB Ganool [JohnPc666] |
| 10/25/2012 | Taken 2 best quality |
| 10/25/2012 | Mad.Sex.Party.Drunk.And.Creamy.Games.2009.XXX.DVDRip.XviD-CiCXXX |

EXHIBIT C

EPA141

| Hit Date  UTC | Filename |
|---|---|
| 10/25/2012 | Wii.Fit.PAL.WII-AMBITION |
| 10/25/2012 | double_fly_big.mp4 |
| 10/24/2012 | Eureka.S05.LostFilm.TV |
| 10/22/2012 | Jannat.2.Hindi.2012.DvdRip |
| 10/22/2012 | Ice Age Continental Drift (2012).DVDRip.XviD.AC3-playXD |
| 10/22/2012 | ela_3arafat_allah_7asan_19-10-2011.flv |
| 10/21/2012 | 22361_Jessie Rogers_Ariel X_720.wmv |
| 10/21/2012 | Jessie Rogers - [BangBros_cd9773] March 26, 2012.mp4 |
| 10/21/2012 | Malena_Morgan_Jessie_Rogers_Kitties_Left_Alone_SD.mp4 |
| 10/21/2012 | pwg10577_3000.mp4 |
| 10/21/2012 | Jessie.Rogers.Unbreakable.XXX.DVDRip.XviD-STARLETS |
| 10/21/2012 | double_take_big.mp4 |
| 10/21/2012 | v6348 - Amirah Adara_1080.wmv |
| 10/21/2012 | Jessie.Rogers.A.Worthy.Ass.Twistys.2012.HD.mp4 |
| 10/21/2012 | amjessieanthony_2k.wmv |
| 10/21/2012 | 24100_Jessie Rogers.wmv |
| 10/21/2012 | Whats Your Number.Theatrical Cut.2011.BDRip-AVC.MGT.mkv |
| 10/21/2012 | [MetArt]Jenya.D[Storm]-AnCiENT |
| 10/21/2012 | Party.Hardcore.29.2008.XXX.DVDRip.XviD-CiCXXX |
| 10/21/2012 | Drunk.Sex.Orgy.Bride.Bang.XXX.DVDRip |
| 10/21/2012 | Alexis Monroe, Jessie Rogers (06.09.2012) Cocaine.wmv |
| 10/20/2012 | Good.Luck.Charlie.S03E13.T..Wrecks.XviD-DAVENET.avi |
| 10/20/2012 | Roccos.Young.Anal.Lovers |
| 10/20/2012 | Our World - Chechnya's Missing Women.avi |
| 10/20/2012 | JTMNT.avi |
| 10/19/2012 | FLY999@Party Hardcore 46 |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 10/19/2012 | EB-24098 Ariel X, Katja Kassin and Melody Jordan |
| 10/18/2012 | Rayman_Origins__RiP_DYCUS-Razor1911 |
| 10/18/2012 | VescoFX Cross Delay VST v1.0 |
| 10/18/2012 | cs.melody.jordan.mp4 |
| 10/18/2012 | WA-25850 Aiden Starr and Jodi Taylor |
| 10/16/2012 | On speed full + serialN |
| 10/15/2012 | Nubiles.12.09.27.Melody.Jordan.Stretched.Out.On.The.Couch.XXX.720p.WMV-KTR |
| 10/15/2012 | InnocentHigh - Ami Emerson |
| 10/15/2012 | ap10539_3000.mp4 |
| 10/15/2012 | Jodie.Taylor.She.just.loves.cum.BigMouthfuls.08.20.12.HD.mp4 |
| 10/15/2012 | NextDoorAmateur.12.07.04.Jodi.Taylor.XXX |
| 10/14/2012 | 스탠바이.E108.120925.HDTV.XviD-KOR.avi |
| 10/14/2012 | mfhgmelodyjohnny_qt.mp4 |
| 10/14/2012 | babes_GG_marie_karlie_480p_1500.mp4 |
| 10/14/2012 | wifeys world Secret High School Amateur Handjob-cumshot (11 Sec) (2of2) Nice! - Blowjob Sex Preteen Young Hidden Voyeur.mpeg |
| 10/14/2012 | 25780_Lea Lexis_Sarah Shevon_Jodi Taylor_720.wmv |
| 10/14/2012 | The Pirates Band of Misfits (2012)(dvdscr).AC3.5.1.HQ.XviD-GooN |
| 10/14/2012 | rsp_hailey_jodi_mia_368p_750.mp4 |
| 10/14/2012 | Babes_-_Marie_McCray_-_Crimson_Room_HD_720p |
| 10/14/2012 | 30 Minutes or Less (2011) DVDRip XviD (multi subs) -DiVx |
| 10/14/2012 | dtl_melodyjordan-wmvFullHigh-1.wmv |
| 10/12/2012 | Diamond.Kitty.Mercedes.Lynn.Jodie.Taylor.Strap.on.lesbians.PartyofThree.2012.mp4 |
| 10/11/2012 | Jessie Rogers - cumshot compilation.mp4 |
| 10/11/2012 | prnfle351x.wmv |
| 10/11/2012 | MG - Jul 10, 2012 - Marie McCray |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 10/11/2012 | nafmariegiovanni_2k.wmv |
| 10/11/2012 | FutanariCumshotsII |
| 10/11/2012 | 24210_Melody Jordan_720.wmv |
| 10/10/2012 | Scrubs.S03E06.SWESUB.TVRiP.XviD-B2B4U |
| 10/10/2012 | 055_2melody_jordan_full-hd_720p.mp4 |
| 10/10/2012 | Jodi.Taylor.Popping.Cherry.Pure18.08.xx.12.mp4 |
| 10/10/2012 | Redheads.Are.Sexy |
| 10/07/2012 | Signore.and.signori.(Pietro.Germi,1965) |
| 10/07/2012 | TOM WAITS - Everything Goes To Hell |
| 10/06/2012 | Il Piu Bel Gioco Della Mia Vita 2005 iTALiAN BRRip XviD-^www bt-extreme info^ |
| 10/06/2012 | 2074.avi |
| 10/06/2012 | The Campaign 2012.DVDRip.x264.AAC.UNiQUE |
| 10/05/2012 | Terra Nova S01E05 Bylaw HDTV XviD-FQM [eztv] |
| 10/05/2012 | The Campaign 2012 R5 NEW LiNE XViD-KMP |
| 10/05/2012 | VA_-_Club_MIX._vol._07_~from_@nGeL®~_(2010)_MP3,_320_kbps_by_BigSOUNDGroup© |
| 10/05/2012 | ZB - Nikky Thorne |
| 10/03/2012 | Domination (1994) |
| 10/02/2012 | Amateurs Caught On Tape #10 |
| 10/02/2012 | Sleeping Girl Drugged Cumshot Facial.avi |
| 10/02/2012 | Emily Addison |
| 10/02/2012 | The Pact Nemi.avi |
| 10/02/2012 | Girl Gives Handjob Then Swallows Cum!.zip |
| 10/01/2012 | ZB - Barbie White, Lexy Little |
| 09/27/2012 | Squirt Queens 4 |
| 09/26/2012 | Monster Curves - Natalie Nunez - Naughty Ass |
| 09/26/2012 | Natalie Nunez - [BangBros_ch9931] April 14, 2012.mp4 |

EXHIBIT C

EPA141

| Hit Date UTC | Filename |
|---|---|
| 09/26/2012 | Pretty Brunette Gets A Facial Then Her Girlfriend Piss In Her Face And Mouth.mpg |
| 09/26/2012 | naughty_natalie_big-1080.mp4 |
| 09/25/2012 | If You Were Mine  The Sullivans, Book 5 (Contemporary Romance) by Bella Andre.zip |
| 09/20/2012 | bitreactor.to_Blue.Bloods.S01E01.rar |
| 09/20/2012 | Suketu Mehta -- Maximum City |
| 09/20/2012 | Diana.Facial.Finish.OnlyCuties.2012.HD_iyutero.com.mp4 |
| 09/18/2012 | articucad-dwg-dxf-to-pdf-converter-4.0.2 |
| 09/18/2012 | Leverage S04E15 HDTV XviD-ASAP [mrZTV] |
| 09/16/2012 | The Amazing Spiderman - LEAKED INTRO.rar |
| 09/12/2012 | Natalie Nunez - [BangBros_ff9473] January 03, 2012.mp4 |
| 09/12/2012 | ZB - Ivory Bell |
| 09/11/2012 | HHH.rar |
| 09/11/2012 | BB FlashBack Pro V3.2.5.2273 Setup + Key.rar |
| 09/11/2012 | Dreamweaver CS5 All-in-One For Dummies (2010) - (Malestrom) |
| 09/11/2012 | The Vow 2012 DVDRip XviD-ReAL |
| 09/11/2012 | Sodomania_Slop_Shots_1.avi |
| 09/11/2012 | Callgirl gives her client a nice evening before ending up in bed for a wild sex night.avi |
| 09/11/2012 | Rx For A Gang Bang (1994) |
| 09/10/2012 | Sound of My Voice (2011)DVDRip XviD |
| 09/06/2012 | Nastojchee.Kyng-Fy.2005.DVDRip.R.G. Mega Best |
| 09/06/2012 | One_minute_boy.avi |
| 09/06/2012 | P.ussywoman #3 (1995) ~ Hot Classic ~ [RRG]{Brego} |
| 09/06/2012 | 5929.flv |
| 09/06/2012 | 5408.flv |
| 09/06/2012 | MyPickupGirls - Awesome outdoor porn vid with a redhead - Odile.mp4 |
| 09/06/2012 | 5923.flv |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 09/06/2012 | Lessons in Love.avi |
| 08/27/2012 | Peter North - The Lost Footage |
| 08/22/2012 | 3 nen B gumi Kinpachi-sensei Season 1 (1-2, 4-6, 10-15) |
| 08/20/2012 | Facial.Cum.Catchers.21.XXX.DVDRip.CD1.pornalized.avi |
| 08/20/2012 | Tower Heist 2011.ENG.AC3.DivX-CRYS.avi |
| 08/20/2012 | crack Avast 2014 |
| 08/20/2012 | [ UsaBit.com ] - Puncture 2011 BRRip XviD-BiDA |
| 08/20/2012 | Nova.Brooks.Hot.Texas.girl.gets.her.facial.FacialFest.05.22.12_pornalized.com.mp4 |
| 08/20/2012 | The Twilight Saga Breaking Dawn Part 1 Eng_[2011] |
| 08/14/2012 | What to Expect When You're Expecting 2012 R5 NEW LiNE XViD-BENDER |
| 08/14/2012 | Zoliboy_-_Chary_Home_Movie_HD_1080p |
| 08/13/2012 | Tanner.Mayes.Tony.ribas.Babysitter.Diaries.8.Scene.3.RealityJunkies.07.17.12.HD_iyutero.com.mp4 |
| 08/13/2012 | Ass.Stretchers.2-Ashley.Blue-[Scene4]-XviD-PTZ-.avi |
| 08/13/2012 | Warehouse.13.S04E02.An.Evil.Within.HDTV.x264-LOL.[VTV].mp4 |
| 08/12/2012 | Murder Capital of the World DVDRip XviD-TARGET |
| 08/11/2012 | The.Howling.Reborn.2011.DVDRip.x264.AC3-Psycho |
| 08/11/2012 | TheArtOfBlowjob 12 04 13 White Facial XXX 720p porn4all.mp4 |
| 08/09/2012 | The Dark Knight Rises R5 XViD UNiQUE |
| 08/07/2012 | Absolute Best of Blowjobs, Facials and Cumshots Vol.7 |
| 08/05/2012 | ATK Galleria - KaceyJordan 002 - 221530 - Blowjob |
| 08/04/2012 | Royal.Pains.S04E07.480p.HDTV.x264-mSD |
| 08/04/2012 | KOBFAB_1080p.wmv |
| 08/01/2012 | GF Cum.avi |
| 07/28/2012 | College_2for2_amat.rmvb |
| 07/27/2012 | Bones - Seizoen 5 |
| 07/27/2012 | Ginger Banks - Blowjob.avi |

EXHIBIT C

| Hit Date  UTC | Filename |
|---|---|
| 07/27/2012 | ohrly-ww512100db.wmv |
| 07/25/2012 | Rock of Ages (2012) DVDRip XviD-P2P |
| 07/25/2012 | MyStepdadMadeMe.12.05.17.Nikol.The.Nympho.XXX.MPG-PR0N0Z[XXXFile.me] |
| 07/25/2012 | j65_(new).avi |
| 07/25/2012 | j124_(new).avi |
| 07/22/2012 | Tifa Blowjob |
| 07/22/2012 | j75_(new).avi |
| 07/22/2012 | TryTeens_Juliette |
| 07/20/2012 | Internet Download Manager 6.11 Build 5 Final DC 25.04.2012 + Patch |
| 07/19/2012 | Alcatraz.s01.720p |

EXHIBIT C

## EXCULPATORY EVIDENCE REQUEST

<u>Subscriber Name</u>:

<u>Subscriber Address</u>:

<u>Attorney Name/Contact</u>:

1. List all authorized users (including household members) of any IP Address assigned to the Defendant.

<u>Authorized User Name/Relationship</u>

A. _____

- o   Adult Child
- o   Domestic Partner
- o   Minor Child
- o   Roommate
- o   Spouse
- o   Tenant
- o   Unrelated adult

B. _____

- o   Adult Child
- o   Domestic Partner
- o   Minor Child
- o   Roommate
- o   Spouse
- o   Tenant
- o   Unrelated adult

C._____

- o   Adult Child
- o   Domestic Partner
- o   Minor Child
- o   Roommate
- o   Spouse
- o   Tenant
- o   Unrelated adult

EXHIBIT D

EPA141

D._____

- o   Adult Child
- o   Domestic Partner
- o   Minor Child
- o   Roommate
- o   Spouse
- o   Tenant
- o   Unrelated adult

2. Has a WI-FI enabled device been used to effectuate a connection to an IP Address assigned to the Defendant?

YES          NO

3. If #2 is yes, please provide make, model and serial number of all such WI-FI modems and/or routers:

_____

_____

_____

4. Has a Bittorrent Client been installed on any electronic device used by the Defendant and/or other Authorized Users used to access the Internet via an IP Address assigned to the Defendant?

YES          NO

5. What is the distance from the Defendant's residence to the closest neighbor?

_____Yards.

EXHIBIT D

6. Has the Defendant and/or Authorized Users as listed in #1 above ever legally purchased Plaintiff's material or visited their website?

YES     NO

7. Has the Defendant and/or Authorized Users as listed in #1 above ever visited any website containing Torrent Magnet Links?

YES     NO

8. Has the Defendant and/or Authorized Users as listed in #1 above ever used Google, Bing, Yahoo or any other Internet Search Engine to search for information on Torrent files and/or websites?

YES     NO

9. Has the Defendant and/or Authorized Users as listed in #1 above ever visited a streaming media site containing unauthorized copies of Plaintiff's works?

YES     NO

10. Has the Defendant and/or any Authorized User as listed in #1 received a notice of copyright infringement from their Internet Service Provider, from the Center for Copyright Information, or from any other private intellectual property owner?

YES     NO

_____

Signed

_____

Date

EXHIBIT D

EPA141